UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **1024 N. ROBERTSON, LLC,** | **CIVIL ACTION NO. 2:23-CV-01639** |
| *Plaintiff* | |
| | **JUDGE: NANNETTE JOLIVETTE** |
| **VERSUS** | **BROWN** |
| **UNDERWRITERS AT LLOYD'S, LONDON** | |
| **FOR POLICY NO. 141NORL1150,** | **MAGISTRATE JUDGE:** |
| | **DONNA CURRAULT** |
| *Defendant* | |

**NOTICE OF SETTLEMENT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, 1024 N. Robertson, LLC, who pursuant to Local Rule 16.4, provides notice to the Clerk of Court and this Honorable Court that the above-captioned matter has been fully settled, and the parties now merely await receipt and exchange of the settlement documents and funds. The party(s) shall dismiss this matter upon resolution and receipt/exchange of settlement documents and funds.

Respectfully submitted,

**PHILIP C. HOFFMAN, LLC**

BY:  */s/ Dayal Reddy*
Philip C. Hoffman (#32277)
Dayal S. Reddy (#31928)
643 Magazine St., Suite 300A
New Orleans, Louisiana 70130
Telephone: 504-822-6050
Facsimile: 504 313-3911
Email:   phil@pchlawfirm.com
             dayal@pchlawfirm.com
             tara@pdchlawfirm.com
             shanna@pchlawfirm.com

**ATTORNEYS FOR PETITIONER**

1

## CERTIFICATE OF SERVICE

I do hereby certify that on September 1, 2023, a copy of the foregoing *Notice of Settlement* was filed electronically with the Clerk of Court using the CMECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Dayal Reddy*